UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **ANTONIO BATILLE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:08CV724-DJS |
| ) | |
| **DON ROPER, et al.,** ) | |
| ) | |
| Defendant. ) | |

### PARTIAL JUDGMENT

Pursuant to the Court's order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendants Don Roper, Patricia Cornell, Larry Hines, Steve Long, and Jason Crawford, and against plaintiff Antonio Batille, on all claims asserted against these defendants in plaintiff's complaint.

Dated this  13th  day of January, 2009.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE